KOPPERS COMPANY (Successor In Interest to Aden Company), Appellant, v. William DRISCOLL, Collector of Internal Revenue, Appellee.

No. 7885.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 18, 1942.

Decided Feb. 20, 1942.

Carleton M. Crick, of Pittsburgh, Pa. (Thomas J. Michie and J. Reynolds Smith, both of Pittsburgh, Pa., and John E. McClure, David W. Richmond, and Miller & Chevalier, all of Washington, D. C., on the brief), for appellant.

Paul S. McMahon, Sp.Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., J. Louls Monarch, Sp. Asst. to Atty. Gen., and Charles F. Uhl, U. S. Atty., and Elliott W. Finkel, Asst. U. S. Atty., both of Pittsburgh, Pa., on the brief), for appellee.

Before MARIS, CLARK, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 47 F.Supp. 57, is affirmed upon the authority of Beattie Inv. Co. v. United States, 8 Cir., 101 F.2d 850, and Arthur Iron Mining Co. v. Landy, 8 Cir., 103 F.2d 164. Cf. Diamond Alkali Co. v. Driscoll, 3 Cir., 125 F.2d 1005.